UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.A. DARLING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. POWELL,<br><br>　　　　　Defendant. | No. 2:17-cv-1723-KJM-EFB PS<br><br><br>ORDER |

On July 2, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed July 2, 2018, are ADOPTED;
2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Placer; and

3. The Clerk is directed to close this case.

DATED: August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE